UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BERONATA SERVICES LTD. et al., <br><br> Defendants. | No. 2:25-cv-00162-JRG <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff WAG Acquisition, L.L.C. and Defendants Beronata Services LTD. and BNC Technology and Advertising LTD., hereafter referred to as "the Parties," file this Joint Motion to Stay All Deadlines and Notice of Settlement in Principle. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled, in principle, and request that the Court stay all unreached deadlines in this matter for thirty (30) days.

Date:  September 30, 2025

/s/ Ronald Abramson
Ronald Abramson (*pro hac vice*)
New York Bar No. 1457126
ron.abramson@listonabramson.com
David G. Liston (*pro hac vice*)
New York Bar No. 2642049
david.liston@listonabramson.com
Gina K. Kim
Texas Bar No. 24097937
gina.kim@listonabramson.com
Liston Abramson LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi
Texas Bar No. 24048155
wqureshi@jw.com
**JACKSON WALKER LLP**
1401 McKinney, Suite 1900
Houston, Texas  77010
Telephone: (713) 752-4521

**COUNSEL FOR WAG ACQUISITION, L.L.C.**

Respectfully submitted,

/s/ Austin Champion
Austin Champion
Texas Bar No. 24065030
Austin.Champion@championllp.com

Mark Torian
Texas Bar No. 24028051
Mark.Torian@championllp.com

Thaís Amaral Dourado
Texas Bar No. 24136704
Thais.Dourado@championllp.com
----

2200 Ross Avenue, Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-225-8881 | Fax


**COUNSEL FOR DEFENDANTS BERONATA SERVICES LTD. AND BNC TECHNOLOGY AND ADVERTISING LTD.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for WAG met and conferred with counsel for Defendants. The parties are in agreement, and this joint motion is unopposed.

By:  /s/ Ronald Abramson
Ronald Abramson