UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WAG ACQUISITION, L.L.C.,

                Plaintiff,

    v.

BERONATA SERVICES LTD. et al.,

                Defendants.

No. 2:25-cv-00162-JRG

**JURY TRIAL DEMANDED**

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT IN PRINCIPLE**

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement in Principle filed by Plaintiff WAG Acquisition, L.L.C. and Defendants Beronata Services LTD. and BNC Technology and Advertising LTD. After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers. The Parties shall file the dismissal documents not later than October 30, 2025.