IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> BERONATA SERVICES LTD. et al., § <br> *Defendants*. § | <br><br><br>CIVIL ACTION NO. 2:25-CV-00162-JRG |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff WAG Acquisition, L.L.C. ("Plaintiff") and Defendants Beronata Services LTD. and BNC Technology and Advertising LTD. ("Defendant") (collectively, the "Parties"). (Dkt. No. 35). In the Stipulation, the Parties stipulate to the dismissal of all claims with prejudice. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case in light of the remaining Defendant Proweb Progressive Development LTD.

**So ORDERED and SIGNED this 7th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE